## UNITED STATES
### v.
## GABRIEL RICHARD AND HENRY BERTHELET

### 1810

#### JOURNAL ENTRIES

1. Rule to bring bodies . . . . . . . . *Journal, infra,* \*p. 321
2. Special bail . . . . . . . . . . . . . . . " 323
3. Rule to plead; continuance . . . . . . . . . . " 327
4. Continuance . . . . . . . . . . . . . . " 353

#### PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . . . . .
2. Capias . . . . . . . . . . . . . . . . . . .
3. Declaration . . . . . . . . . . . . . . . . .